Translation:

I am the father of the detainee Jawad Jabbar Sadkhan who is a prisoner at Guantanamo.

I request the assistance of a lawyer with American nationality to defend the prisoner Jawad Jabbar Sadkhan. My address in Basra, Iraq is Umm Qasr, Street No. 5, house number 54.

From the father of the prisoner Jawad Jabbar: Jabbar Sadkhan al-Sahlani
(Signed)   2005/5/17

To. miss sarah even

اني والد المعتقل جواد جبار سدخان الموجود في معتقل غوانتنامو اطلب تعيين محامي امريكي الجنسية للمرافعة عن السجين جواد جبار سدخان

العنوان العراق البصرة ام قصر شارع رقم 5 رقم الدار 54

شكرا لكم

والد السجين جواد جبار

جبار سدخان السهلاني

اي والد المعتقل جواد جبار سدخان الموجود في معتقل غوانتنامو الطلب تعيين محامي امريكي الجنسيه للمرافعه عن السجين جواد جبار سدخان

العنوان العراق البصره ام قصر شارع رقم 5

رقم الدار ٥٤

والد السجين جواد جبار

جبار سدخان السهلاني

٢٠٠٥/٥/١٧