## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jawad Jabbar Sadkhan,<br>　　Detainee,<br>　　Guantanamo Bay Naval Station<br>　　Guantanamo Bay, Cuba;<br><br>Jabbar Sadkhan Al-Sahlani,<br><br>　　as Next Friend of Jawad Jabbar Sadkhan<br><br>*Petitioners/Plaintiffs*,<br><br><br><br>v.<br><br><br><br><br>GEORGE W. BUSH,<br>　　President of the United States<br>　　The White House<br>　　1600 Pennsylvania Ave., N.W.<br>　　Washington, D.C. 20500;<br><br>DONALD RUMSFELD,<br>　　Secretary, United States<br>　　Department of Defense<br>　　1000 Defense Pentagon<br>　　Washington, D.C. 20301-1000;<br><br>ARMY BRIG. GEN. JAY HOOD,<br>　　Commander, Joint Task Force - GTMO<br>　　JTF-GTMO<br>　　APO AE 09360; and<br><br>ARMY COL. MIKE BUMGARNER,<br>　　Commander, Joint Detention<br>　　Operations Group - JTF-GTMO,<br>　　JTF-GTMO<br>　　APO AE 09360,<br><br>*Respondents/Defendants*. | <br><br><br><br><br><br><br><br><br>NOTICE OF DISMISSAL<br>OF PETITION FOR WRIT<br>OF HABEAS CORPUS<br><br><br>No.  1:05 CV 01679<br>Judge Richard J. Leon |

## NOTICE OF DISMISSAL

The undersigned on behalf of Jabbar Sadkhan Al-Sahlani, as next friend of Jawad Jabbar Sadkhan, hereby files a notice of dismissal of this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), because it appears that Jawad Jabbar Sadkhan had previously filed a pro se habeas corpus petition in Case No. 05-CV-1487 (RMC). The undersigned is entering a notice of entry of appearance in that case.

Respectfully submitted,

By:   /s/ William A. Wertheimer, Jr.
William A. Wertheimer, Jr.
Counsel for petitioner Jawad Jabbar Sadkhan
30515 Timberbrook Lane
Bingham Farms, MI 48025
(248) 644-9200

Of Counsel
Barbara J. Olshansky
Center for Constitutional Rights
666 Broadway
New York, NY 10012
(212) 614-6439

Dated: 19 September 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon Preeya M. Noronha on 19 September 2005 by electronic mail using the CM/ECF system.

Signature:   s/William A. Wertheimer, Jr.